FILED'10 MAR 03 13:00 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORWIN DELANO ORR,

    Plaintiff,

v.

ROBERT GERARD ROBINSON, et al.,

    Defendants.

Civil No. 09-1450-AC

ORDER

ACOSTA, Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion to Dismiss with Prejudice (#17) is GRANTED. All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 2nd day of March, 2010.

                              John V. Acosta
                              United States Magistrate Judge

1 - ORDER -